LF 028
(Rev. 10//03/2022)

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

OCT 20 2025

KEVIN P. WEIMER, Clerk
By: [signature] Deputy Clerk

# PRISONER CIVIL RIGHTS COMPLAINT

## IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA

Eddie Meraz 1001755848
(Enter above the full name and prisoner identification number of the plaintiff, GDC number if a state prisoner.)

1:25-CV-6019

-vs-

Whitfield County Jail
9 unidentified officers
Sheriff-Whitfield county
(Enter above the full name of the defendant(s).)

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the Court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**I. Previous Lawsuits**

A. Have you filed other lawsuits in federal court while incarcerated in any institution?

Yes ( ) No (✓)

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline. Even if you do not know all of the information regarding a particular lawsuit, please include the information you do know to assist the Court in identifying your prior lawsuits.)

1. Parties to this previous lawsuit:

Plaintiff(s): ______________________

LF 028,
(Rev. 10/03/2022)

Defendant(s): N/A

2. Court (name the district): N/A

3. Docket Number: N/A

4. Name of judge to whom case was assigned: N/A

5. Did the previous case involve the same facts?

Yes ( ) No ( )

6. Disposition (Was the case dismissed? Was it appealed? Is it still pending?): N/A

7. Approximate date of filing lawsuit: N/A

8. Approximate date of disposition: N/A

## II. Exhaustion of Available Administrative Remedies

In general, prisoners must exhaust available administrative remedies (such as the prison's grievance procedures) before filing an action in federal court. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your available administrative remedies before filing your case.

A. Place of Present Confinement: Riverbend Correction

B. Is there a prisoner grievance procedure in this institution?

Yes ( ) No (✓)

C. Did you present the facts relating to your complaint under the institution's grievance procedure?

Yes ( ) No (✓)

D. If your answer is YES:

1. What steps did you take and what were the results? N/A

LF 028
(Rev. 10/03/2022)

2. If your answer is NO, explain why not: N/A

## III. Parties

(In item A below, place your name in the first blank and place your present address in the second blank.)

A. Name of Plaintiff: Eddie Mercuz

Address(es): 115 Altamont ave Dalton GA 30720

(In item B below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Do the same for each additional defendant, if any.)

B. Defendant(s): Eddie Mercuz

Employed as Landscaping

at EM'S Landscaping & care

## IV. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

( ✓ ) Federal official (a *Bivens* claim)
( ✓ ) State or local officials (a § 1983 claim)

LF 028
(Rev. 10/03/2022)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

8th Amendment cruel and unusual for excessive force by deputies of Whitfield County Sheriffs Office

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

8th Amendment to the U.S. Constitution

**V. Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

( ) Pretrial detainee
( ) Immigration detainee
(X) Convicted and sentenced state prisoner
( ) Convicted and sentenced federal prisoner
( ) Other (*explain*) ______

**VI. Statement of Claim**

State here as briefly as possible the facts of your case. Tell the court WHAT you contend happened to you, WHEN the incident(s) you complain about occurred, WHERE the incident(s) took place, HOW your constitutional rights were violated, and WHO violated them. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I was being booked in the county jail, and the female officer granted me my phone to get some numbers of my family members during that process the officer beside me aggressivley snatched my phone away and I asked him "why you do that I have permission" the other 2 officers standing ~~behind~~ behind attacked me out of nowhere, they attacked me to the ground I black out for a few seconds, then come back to consious to one of the officers digging his thumbs into my eye soket and another officer punching my other eye ~~eye~~ leaving me with a black eye also one officer punching my forehead. I remembered getting tazed 2 times at this point I have 6 to 9 officer attacking me. I filed aggreavances and also appealed it but never was giving a copy. I now have nightmares about it also feelin fear when I come in contact with any officer leaving me with bad trauma

LF 028
(Rev. 10/03/2022)

**VII. Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Black eye, Jammed finger, random Sharp pain from head they only viewed me in medical & said I'll heal over time

**VIII. Relief**

State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes. If requesting money damages, include the amounts of any actual and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

requesting $100,000 from each defendant that was involved and extra $100,000 ontop

LF 028
(Rev. 10/03/2022)

Signed this Oct day of 3rd, 2025.

Signature of Plaintiff

STATE OF Baldwin, Georgia
COUNTY (CITY) OF Baldwin

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED ON 3rd Oct 2025
(Date)

Signature of Plaintiff

Constance M Nelson
NOTARY PUBLIC
BALDWIN COUNTY, GEORGIA

Constance M Nelson
expire 12/5/2028