LF 028
(Rev. 10//03/2022)

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

DEC 15 2025

KEVIN P. WEIMER, Clerk
By: MM Deputy Clerk

# PRISONER CIVIL RIGHTS COMPLAINT

## IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA

Eddie Meraz #1001755898
(Enter above the full name and prisoner identification number of the plaintiff, GDC number if a state prisoner.)

-vs-

4:25-cv-00302-WMR-JHR

Sullivan William thomas, Roy Queen, Bendy Mitchelle Ryan, James Brown
Dominick Christopher
(Enter above the full name of the defendant(s).)

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the Court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**I. Previous Lawsuits**

A. Have you filed other lawsuits in federal court while incarcerated in any institution?

Yes ( ) No ( / )

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline. Even if you do not know all of the information regarding a particular lawsuit, please include the information you do know to assist the Court in identifying your prior lawsuits.)

1. Parties to this previous lawsuit:

Plaintiff(s): N/A

LF 028
(Rev. 10/03/2022)

Defendant(s): N/A

2. Court (name the district):
N/A

3. Docket Number: N/A

4. Name of judge to whom case was assigned: N/A

5. Did the previous case involve the same facts?

Yes ( ) No (✓)

6. Disposition (Was the case dismissed? Was it appealed? Is it still pending?):
N/A

7. Approximate date of filing lawsuit: N/A

8. Approximate date of disposition: N/A

## II. Exhaustion of Available Administrative Remedies

In general, prisoners must exhaust available administrative remedies (such as the prison's grievance procedures) before filing an action in federal court. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your available administrative remedies before filing your case.

A. Place of Present Confinement: Riverbend Correction

B. Is there a prisoner grievance procedure in this institution?

Yes ( ) No (✓)

C. Did you present the facts relating to your complaint under the institution's grievance procedure?

Yes (✓) No ( )

D. If your answer is YES:

1. What steps did you take and what were the results?
filed medical grievance to be seen for finger/and shoulder neck nerve damage

LF 028
(Rev. 10/03/2022)

2. If your answer is NO, explain why not: N/A

## III. Parties

(In item A below, place your name in the first blank and place your present address in the second blank.)

A. Name of Plaintiff: Eddie Meraz

Address(es): 115 Altamont ave Dalton GA 30720

(In item B below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Do the same for each additional defendant, if any.)

B. Defendant(s): Sullivan Williams thomas(83) Roy Queen(853) James Brown(552) Bond Ryan Mitchelle (807) Christopher Dominick (820)

Employed as Correction Officer

at Whitefield County Jail

## IV. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

( ) Federal official (a *Bivens* claim)
(✓) State or local officials (a § 1983 claim)

LF 028
(Rev. 10/03/2022)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

________________________________________

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

________________________________________

## V. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

( ) Pretrial detainee
( ) Immigration detainee
(✓) Convicted and sentenced state prisoner
( ) Convicted and sentenced federal prisoner
( ) Other (*explain*) ____________________

## VI. Statement of Claim

State here as briefly as possible the facts of your case. Tell the court WHAT you contend happened to you, WHEN the incident(s) you complain about occurred, WHERE the incident(s) took place, HOW your constitutional rights were violated, and WHO violated them. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Officer Brittney Ramirez gave me my phone to grab some numbers Officer Sullivan (837) snatch my phone aggressively then pushed me towards counter After that one officer behind me slammed me to ground blacked out few seconds came to consious of officer Sullivan (837) punching my eyes & forehead 5 to 10xs also officer Mitchell Bundy (807) taking 5 to 10 strikes towards my head & eyes with another officer James Brown (552) striking another 5 to 10 punches towards face & body after few moments officer Sullivan (837) placed his knee on my throat area suffocating me until I was blacking out yelling "I cant breathe" yet officer Sullivan (837) added more weight almost making me take my last breath. At this point Sgt Dominick Christopher (820) began and tazed me twice while handcuffed

LF 028
(Rev. 10/03/2022)

## VII. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Crooked jammed finger Severe nerve pain from neck / Shoulder area

## VIII. Relief

State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes. If requesting money damages, include the amounts of any actual and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Asking for $250,000 for each officer involved for causing crooked jammed finger and for Severe nerve damage on neck / Shoulder

LF 028
(Rev. 10/03/2022)

Signed this 11th day of December, 2025.

Signature of Plaintiff

**STATE OF** Georgia
**COUNTY (CITY) OF** Baldwin

I declare under penalty of perjury that the foregoing is true and correct.

**EXECUTED ON** 12/11/25
(Date)

Signature of Plaintiff

Eddie Meraz 1001755898
Riverbend CF
196 laying farm rd
Milledgeville, GA 31061

ATLANTA GA RPDC 302
13 DEC 2025 PM 4 L

quadient
FIRST-CLASS MAIL
IMI
$001.03º
12/11/2025 ZIP 31061
043M31249768
US POSTAGE

U.S District Court
75 Ted Turner dr.
Atlanta GA 30303

U.S. Marshals Service
Atlanta, GA 30303
DEC 15 2025
CLEARED DATE

30303-331861

RIVERBEND CORRECTIONAL FACILITY
196 LAYING FARM RD
MILLEDGEVILLE, GA 31061

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address